U.S. DIST COURT EXHIBIT
FOR JUSTICE JUDGE PHYLLIS HAMILTON
U.S. DIST COURT

**FILED**

Mar 29 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**4:21-cv-02169-PJH(PR)**

I HAVE NO ONE TO ASSIST ME (TURNER) IN THIS MATTER. MY VOCAL CORD'S (THYROID) WAS DAMAGE FROM SECOND HAND "SMOKE" BEING FORCE TO SHARE A SINGLE CELL WITH A SMOKER THAT SMOKES 2 TO 3 PACKS DAILY FOR YEARS WHEN TOBACCO PRODUCTS WAS ALLOWED TO MDOC INMATE SMOKING. MY ASTHMA HAS WORSEN BEYOND MEDICAL REPAIR. I CAN'T USE THE TELEPHONE SYSTEM DUE TO MY VOICE WILL NOT REGISTER IN THE VOICE PASSWORD SYSTEM. I NEED TO KNOW THE STATUS ON MY STIMULUS $1200.00 CHECK AND ALL FUTURE PAYMENTS $600.00 ETC. I HAVE NOT BEEN PROVIDED ANYTHING AT ALL. SEND ALL PAYMENT TO (ME) ADDRESS 4533 WEST INDUSTRIAL PARK DRIVE (TURNER #148089) KINCHELOE, MICHIGAN

**MICHIGAN DEPARTMENT OF CORRECTIONS**



**Kite Response**

---

**Patient Name** DEREK TURNER                           **Age** 64 Years
**Date Received** 01/03/2020
**Time Received** 1:45 pm
**Taken By** Kelly M. Wellman, RD
**Date Initiated** 01/01/2020

---

**Action & Resolution**

| Date | Time | User | Detail |
|---|---|---|---|
| 01/03/2020 | 1:50 PM | Kelly M. Wellman, RD | |

**Other**

Reason: "Legally blind- bilateral cataracts, detached retina. Your office recommended to eat all meals, can you send me a menu-rotation calendar for the month of Jan/Feb 2020 so I can see and know what time to get up for all meals (A general population rotation calendar is needed to meet meal needs) Please kite for Dietitian only kite response to dietitian attempt before filing grievance.".

Comment: Healthcare/dietitian does not provide a meal rotation calendar, this sounds like a facility specific housing issue so I would suggest you request this information from an officer in your housing unit, or just listen for meal times to be called. It is not information that I have to give to you. You remain on the dietitian wait list for a telemed appointment to discuss your diet needs..

G 2 17

---

TO: U.S. DIST COURT JUSTICE
JUDGE Phyllis Hamilton

I, DEREKE TURNER IS HAVING EXTREME DIFFICULTY IN BEING PROVIDED 1st ROUND $1200.00 CHECK PER U.S. DIST. COURT ORDER

COURT ORDER IS NOT BEING OBEYED, $1200.00 CHECKS ARE NOT BEING PROVIDED TO 64 YRS AND OVER

"CHECKS ONLY" NO DEBIT CARD

HAS NO MONEY FOR PRISON JOB TO BUY OVER COUNTER MEDS/OR COSMETICS

NOTE: TURNER'S CILIARY MUSCLE IS IMPAIRED HIS EYESIGHT CAN'T BE RETURNED TO NORMAL! IN PAIN DAILY

(DEAF IN RIGHT EAR)
(LEGALLY BLIND)

G-2-17

FROM: LEGALLY BLIND PATIENT/PRISONER DEREKE TURNER OVER 64 YRS for 64 YRS HIGH RISK COVID #19 WITH SERIOUS UNDERLYING MEDICAL CONDITIONS ASTHMA, SCIATICA, ANGINA, ARTHRITIS, BLOOD CLOTS, DETACH RETINA, CLUSTER HEADACHES, SINUSITIS, LOSS OF MOTOR SKILLS, NEED WALKING AIDES, AND WHEELCHAIR FOR DISTANCE!

HAVE NOT BEEN GIVEN $1200.00 STIMULUS check

TURNER, DEREK
148089
04/13/1955

DEAF IN ONE EAR AND BLIND NEED AIDE IN SIGHT/MEALS

1/1



## MICHIGAN DEPARTMENT OF CORRECTIONS
### BUREAU OF HEALTH CARE SERVICES

DATE: 03/15/2019 12:10 PM

### SPECIAL ACCOMMODATIONS ORDERS

| Start Date | Stop Date | Ordered | Ordered By | Order |
|---|---|---|---|---|
| 10/26/2016 | | 10/26/2016 | Jon W. Decker, DO | Housing: Bottom bunk |
| 10/26/2016 | | 10/26/2016 | Jon W. Decker, DO | Housing: Ground floor |
| 10/26/2016 | | 10/26/2016 | Jon W. Decker, DO | Medical Equipment/Supplies: Cane- Wood |
| 03/15/2019 | | 03/15/2019 | Wendy K. Jamros, NP | Other: Communication assistance : sight |
| 03/15/2019 | | 03/15/2019 | Wendy K. Jamros, NP | Other: Communication assistance: reading/writing |

Document generated by: Wendy K. Jamros, NP 03/15/2019 12:17 PM Facility: KCF

THESE ACCOMMODATIONS ARE PERMANENT AND CAN NOT BE REPAIRED MEDICALLY

I AM ON INDIGENT STATUS IN PRISON. I HAVE NO MONEY TO BUY OVER THE COUNTER MED'S OR SOAP, AND OTHER ITEMS IN WHICH TO CLEAN MYSELF. OTHER PRISONERS HANDICAPP LIKE ME HAS BEEN GIVEN 1200⁰⁰ CHECKS + 600⁰⁰ CHECKS

☐ ORIGINAL

Name: DEREK TURNER
Inmate ID: 148089
DOB: 04/13/1955

U.S. DIST COURT EXHIBIT
FOR JUSTICE JUDGE PHYLLIS HAMILTON
U.S. DIST COURT

U.S. DISTRICT COURT
FOR NORTHERN DISTRICT
OF CALIFORNIA COUNTY (FRESNO)

FEB 15, 2021

SCANNED

## EX PARTE "LETTER" TO U.S. DISTRICT COURT JUSTICE JUDGE PHYLLIS HAMILTON

1. THIS COURT HAS JURISDICTION OVER THIS MATTER BECAUSE IT ARISES UNDER THE LAWS OF THE UNITED STATES

2. VENUE IS APPROPRIATE IN THIS COURT BECAUSE BOTH AND ALL PARTIES INVOLVED DIRECTLY AND INDIRECTLY WILLFULLY FAILED TO OBEY THE COURT ORDER TO ISSUE STIMULUS CHECKS WORTH $1,200 TO ALL INCARCERATED PEOPLE IN THE STATE OF MICHIGAN, IN WHICH IS A STATE INCLUDED IN THE NATIONWIDE CERTIFIED CLASS OF INCARCERATED PERSON'S ALONG WITH GRANTING A PRELIMINARY INJUNCTION REQUIRING THE IRS AND TREASURY DEPARTMENT TO STOP WITHHOLDING STIMULUS CHECKS SOLELY ON THE BASIS OF THEIR INCARCERATION STATUS.

3. ATTACHED WITH THIS EX PARTE LETTER TO U.S. DISTRICT COURT JUDGE HAMILTON IS THE FOLLOWING ENCLOSED: ① DIET KITE, ② SPECIAL ACCOMMODATIONS, ③ 1040-SR US TAX RETURN FOR SENIORS.

SEE BACK PAGE

# AFFIDAVIT

4. THIS EX PARTE LETTER IS FROM DEREKE TURNER FIRST DULY SWORN, DEPOSE, AND MAKES THIS EX PARTE LETTER UNDER THE PENALTY OF PERJURY THAT THE DISCLOSE FACTS/STATEMENTS ARE INDEED TRUE.

DATE FEB 15, 2021

STATE OF MICHIGAN ) ss
COUNTY OF CHIPPEWA )

/s/ _____ 148089
DEREKE TURNER IN PRO SE
(AFFIANT)
4533 WEST INDUSTRIAL PARK DR
KINCHELOE, MICHIGAN 49788
(P.O. BOX 001)

5. I AM IN DAILY PAIN, EXTREME SORE STOMACH, HEADACHES, NEED MONEY TO BUY BASIC NEEDS TO LIVE A NORMAL PRISON LIFE AS A BLIND/DEAF SENIOR HANDICAPP PRISONER IN THE STATE OF MICHIGAN.

6. I WOULD LIKE FOR THIS COURT TO INFORM ME OF THE STATUS OF MY STIMULUS CHECK FIRST $1200.00 REBATE/RECOVERY, $600.00 SECOND IRS CHECKS ARE PROVIDED TO WHITE MICHIGAN PRISONERS AND I AM NOT BEING PROVIDED MY FIRST $1200.00.

PLEASE WITHOUT DELAY FORWARD ME OF THIS COURTS FINDING.

Respectfully
_____ 148089
DEREKE TURNER IN PRO SE

INDIGENT STATUS

# Form 1040-SR — U.S. Tax Return for Seniors

Department of the Treasury—Internal Revenue Service (99)

EIP 2020   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box.)
- [x] Single
- [ ] Married filing jointly
- [ ] Married filing separately (MFS)
- [ ] Head of household (HOH)
- [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

Your first name and middle initial: **DEREKE**
Last name: **TURNER #148089**
Your social security number: [redacted]

If joint return, spouse's first name and middle initial: 
Last name: 
Spouse's social security number:

Home address (number and street): **4533 WEST INDUSTRIAL PARK DRIVE**
Apt. no.:
City, town, or post office: **KINCHELOE, / POST OFFICE BOX 0001**
State: **MICHIGAN**
ZIP code: **49788**

Presidential Election Campaign: [ ] You  [ ] Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ▶ [ ] Yes  [x] No

**Standard Deduction**
Someone can claim: [x] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
- You: [x] Were born before January 2, 1956   [x] Are blind
- Spouse: [ ] Was born before January 2, 1956   [ ] Is blind

**Dependents** (see instructions):
(1) First name / Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for: Child tax credit / Credit for other dependents

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | $1.00 |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 8 | Other income from Schedule 1, line 9 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | $1.00 |
| 10 | Adjustments to income: | |
| 10a | From Schedule 1, line 22 | |
| 10b | Charitable contributions if you take the standard deduction. See instructions | |
| 10c | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | $1.00 |

Attach Schedule B if required.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 71930F   Form **1040-SR** (2020)

Form 1040-SR (2020)      Page **2**

| | | | |
|---|---|---|---|
| **Standard Deduction** See *Standard Deduction Chart* on the last page of this form. | 12 | Standard deduction or itemized deductions (from Schedule A) . . . | 12 |
| | 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 13 |
| | 14 | Add lines 12 and 13 . . . . . . . . . . . . . . . . . . . . | 14 |
| | 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 15   $0.00 |
| | 16 | **Tax** (see instructions). Check if any from: <br> 1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐ _____ . . . . . . . | 16 |
| | 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . | 17 |
| | 18 | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . | 18 |
| | 19 | Child tax credit or credit for other dependents . . . . . . . . . | 19 |
| | 20 | Amount from Schedule 3, line 7 . . . . . . . . . . . . . . | 20 |
| | 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . | 21 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . | 22 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 . . | 23 |
| | 24 | Add lines 22 and 23. This is your **total tax** . . . . . . . . ▶ | 24 |
| | 25 | Federal income tax withheld from: | |
| | a | Form(s) W-2 . . . . . . . . . . . . . . . . . 25a | |
| | b | Form(s) 1099 . . . . . . . . . . . . . . . . 25b | |
| | c | Other forms (see instructions) . . . . . . . . . . 25c | |
| | d | Add lines 25a through 25c . . . . . . . . . . . . . . . . | 25d |
| | 26 | 2020 estimated tax payments and amount applied from 2019 return . . | 26 |
| • If you have a qualifying child, attach Sch. EIC. <br> • If you have nontaxable combat pay, see instructions. | 27 | Earned income credit (EIC) . . . . . . . . . . . . 27 | |
| | 28 | Additional child tax credit. Attach Schedule 8812 . . 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 . 29 | |
| | 30 | Recovery rebate credit. See instructions . . . . . 30   1200.00 | |
| | 31 | Amount from Schedule 3, line 13 . . . . . . . . 31 | |
| | 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** . . . . . . . . . . . . . . . . . ▶ | 32 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** . . . . ▶ | 33 |

Go to *www.irs.gov/Form1040SR* for instructions and the latest information.      Form **1040-SR** (2020)

Form 1040-SR (2020) Page **3**

| | | | |
|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** . . . . . . . . . . . . . . . . . . . . | 34 |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | 35a |

Direct deposit? See instructions.
▶ b Routing number [ | | | | | | | | | ]   ▶ c Type: ☐ Checking  ☐ Savings
▶ d Account number [ | | | | | | | | | | | | | | | | ]

| | 36 | Amount of line 34 you want **applied to your 2021 estimated tax** . . . . . . . . . . . . . . . ▶ | 36 | |

**Amount You Owe**
For details on how to pay, see instructions.

| | 37 | Subtract line 33 from line 24. This is the **amount you owe now** . . . ▶ | 37 | |
| | | Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | |
| | 38 | Estimated tax penalty (see instructions) . . . . . . ▶ | 38 | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ Yes. Complete below.  ☐ No

Designee's name ▶
Phone no. ▶
Personal identification number (PIN) ▶ [ | | | | | ]

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signed] 148089
Date: 1/25/21
Your occupation:
If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Spouse's signature. If a joint return, both must sign.
Date:
Spouse's occupation:
If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.)

Phone no.
Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name ▶ | | | | Phone no. |
| Firm's address ▶ | | | | Firm's EIN ▶ |

Go to *www.irs.gov/Form1040SR* for instructions and the latest information.   Form **1040-SR** (2020)

Form 1040-SR (2020)     Page **4**

## Standard Deduction Chart*

Add the number of boxes checked in the "Age/Blindness" section of *Standard Deduction* on page 1 . . . . ▶

| IF your filing status is... | AND the number of boxes checked is... | THEN your standard deduction is... |
|---|---|---|
| Single | 1 | $14,050 |
|  | 2 | 15,700 |
| Married filing jointly | 1 | $26,100 |
|  | 2 | 27,400 |
|  | 3 | 28,700 |
|  | 4 | 30,000 |
| Qualifying widow(er) | 1 | $26,100 |
|  | 2 | 27,400 |
| Head of household | 1 | $20,300 |
|  | 2 | 21,950 |
| Married filing separately** | 1 | $13,700 |
|  | 2 | 15,000 |
|  | 3 | 16,300 |
|  | 4 | 17,600 |

*Don't use this chart if someone can claim you (or your spouse if filing jointly) as a dependent, your spouse itemizes on a separate return, or you were a dual-status alien. Instead, see instructions.

**You can check the boxes for your spouse if your filing status is married filing separately and your spouse had no income, isn't filing a return, and can't be claimed as a dependent on another person's return.

Go to *www.irs.gov/Form1040SR* for instructions and the latest information.     Form **1040-SR** (2020)



DEREK E TURNER #148089
4533 West Industrial Park Drive
Kinchelde, Michigan 49788
(KINROSS CORRECTIONAL FACILITY)
(P.O. BOX 0001)

RECEIVED
FEB 22 2021
SUSAN Y SOONG
CLERK U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TRAVERSE CITY MI 496
19 FEB 2021 PM 3 L

ZIP 49788
02 4W
0000361578 FEB 19 2021
$ 000.51⁰
U.S. POSTAGE >> PITNEY BOWES

Clerks Office
To: United States District Court
District Court Justice Judge Phyllis Hamilton
Northern District of California
450 Golden Gate Avenue 16th Floor
San Francisco, California
94102

94102-348999

Case 4:21-cv-02169-PJH   Document 1   Filed 03/29/21   Page 12 of 12