UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TURNER,

    Plaintiff,

v.

,

    Defendant.

Case No. 21-cv-02169-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff, a state prisoner in Michigan proceeding pro se, wrote a letter to the court regarding a violation of his rights. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days has passed and plaintiff has not submitted any filing or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

**IT IS SO ORDERED.**

Dated: May 10, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge